# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 31, 2019

## NO. 03-18-00374-CV

**Instill Corporation, Appellant**

**v.**

**Glenn Hegar, Comptroller of Public Accounts of The State of Texas; and Ken Paxton, Attorney General of The State of Texas, Appellees**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on March 9, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.